UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80006-Rosenberg/Reinhart

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

LINDA HORN,

Defendant.
_____/

FILED BY SP D.C.
JAN 18 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INFORMATION

The United States Attorney charges that:

**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

From in or around May 2014, the exact date being unknown to the United States Attorney, and continuing through on or about November 17, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**LINDA HORN,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the United States Attorney, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that as to defendant **LINDA HORN,** the controlled substance involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a mixture and substance containing a detectable

amount of Methaqualone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **LINDA HORN**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Information, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property which is subject to forfeiture upon the defendant's conviction includes, but is not limited, to the following: $1,334,214.37 (US), which is a sum of money equal in value to the property subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), and which sum the United States will seek entry against the defendant as a forfeiture money judgment as part of his sentence.

All pursuant to Title 21, United States Code, Section 853.

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
LARA TREINIS GATZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

LINDA HORN,
_____/

CASE NO.: 23-cr-80006-Rosenberg/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☒ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **NO**
   List language and/or dialect:

4. This case will take **TWO** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **NO**
   If yes, Judge                Case No.

7. Has a complaint been filed in this matter? (Yes or No) **NO**
   If yes, Magistrate Case No.

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **NO**
   If yes, Judge                Case No.

9. Defendant(s) in federal custody as of **N/A**

10. Defendant(s) in state custody as of

11. Rule 20 from the              District of

12. Is this a potential death penalty case? (Yes or No) **NO**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **NO**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **NO**

By: *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant United States Attorney
Court ID No. A5502857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **LINDA HORN**

Case No: 23-cr-80006-Rosenberg/Reinhart

**Count #: 1**

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C)

*Max. Term of Imprisonment:  20 Years
*Max. Supervised Release:  3 Years
*Max. Fine:  $1,000,000
*Special Assessment:  $100

*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>LINDA HORN,<br>*Defendant* | )<br>)  Case No.  23-cr-80006-Rosenberg/Reinhart<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
Michael Gottleib, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*