AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-cr-80006-Rosenberg/Reinhart |
| LINDA HORN, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/7/23

*Defendant's signature*

for Mike Gottlieb
*Signature of defendant's attorney*

Michael Gottlieb, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

William Matthewman, U.S.M.J.
*Judge's printed name and title*

FILED BY SW D.C.
MAR 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.