UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23CR80006-RLR

UNITED STATES OF AMERICA,
    Plaintiffs,
vs.

LINDA HORN,
    Defendant.
_____/

**Joint Recommendation to Correct the Base Offense Level**

Comes now, Linda Horn, by and through counsel in conjunction with the United States of America and the parties have reached the following recommendation and stipulation:

1. The parties do hereby agree that the plea agreement specified a Base Offense Level of 14.
2. That according to the guidelines, the wrong base offense level was used in structuring the plea agreement.
3. That in computing the PSI the probation officer correctly computed the Base Offense Level at level 12.
4. That because the quantity of drugs the defendant is accountable for is 9.177 kilograms of converted drug weight, the correct base offense level is level 12 pursuant to Section 2D1.1(c)(14).
5. The parties do hereby agree and stipulate to the base offense level being amended to level 12 for purposes of the Sentencing Guidelines computation.

/s/Michael A. Gottlieb
Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
mike@mgottlieblaw.com
Phone: (954) 462-1005
Florida Bar No.: 981133


/s/Adam McMichael
Adam McMichael, Esquire
Assistant United States Attorney
Chief – NFVC, Southern District of Florida
500 S. Australian Avenue. Suite 400
West Palm Beach, FL 33401
Office: (561) 209-1040
Adam.mcmichael@usdoj.gov